# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : : : | |
| | : | CRIMINAL ACTION |
| v. | : | No. 04-00014-1 |
| | : | CIVIL ACTION |
| | : | No. 16-3142 |
| JOHN DOUGLAS RANSOME | : : | |

## ORDER

**AND NOW**, this 8th day of May, 2024, it is **ORDERED** that John Douglas Ransome's Motion under 28 U.S.C. § 2255 (ECF No. 85) is **GRANTED**. Mr. Ransome's sentence in Criminal Case No. 04-14-1 is **VACATED** pending a resentencing hearing on September 5, 2024 at 10:30am.

                                                  __s/ANITA B. BRODY, J._____

                                                  ANITA B. BRODY, J.